**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Case No. 11-00943 |
| RUSSELL D BAKER | |
| Debtor(s) | |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 01/11/2011.

2)  The plan was confirmed on 03/16/2011.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/23/2011, 05/25/2012.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 11/10/2011.

5)  The case was converted on 09/10/2012.

6)  Number of months from filing to last payment: 19.

7)  Number of months case was pending: 20.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $34,200.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $18,533.15 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$18,533.15** |

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,376.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $836.53 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,212.53** |

Attorney fees paid and disclosed by debtor:     $1,124.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 500 FAST CASH | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| AAM | Unsecured | 397.00 | NA | NA | 0.00 | 0.00 |
| AAM | Unsecured | 336.00 | NA | NA | 0.00 | 0.00 |
| APEX 1 PROCESSING DBA PAYCHEC | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| BACK BOWL I LLC | Unsecured | 355.00 | 355.22 | 355.22 | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | NA | 441.02 | 441.02 | 0.00 | 0.00 |
| BRISTOL KENDALL | Unsecured | 355.00 | NA | NA | 0.00 | 0.00 |
| BROOKWOOD LOANS | Unsecured | 1,000.00 | 859.31 | 859.31 | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 799.00 | 791.87 | 791.87 | 0.00 | 0.00 |
| CASH NET USA | Unsecured | 668.41 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 501.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Unsecured | 2,877.00 | 2,912.44 | 2,912.44 | 0.00 | 0.00 |
| DELUXE CASH | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 81.00 | 81.12 | 81.12 | 0.00 | 0.00 |
| EMERGENCY TREATMENT SC | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| EXTRA CASH | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY CARDIOVASCULAR | Unsecured | 941.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 186.00 | 186.77 | 186.77 | 0.00 | 0.00 |
| GOVERNMENT EMPLOYEES CREDIT | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA | Unsecured | 868.00 | 888.38 | 888.38 | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| INTEGRITY ADVANCE | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 300.00 | 460.00 | 460.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 769.00 | 769.80 | 769.80 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 510.00 | 510.00 | 510.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 437.00 | 437.43 | 437.43 | 0.00 | 0.00 |
| KEITH BROWN MD | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LVNV FUNDING | Unsecured | 4,921.00 | 6,288.05 | 6,288.05 | 0.00 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT ADJUST | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE | Secured | 4,804.06 | 4,804.06 | 4,804.06 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONWIDE CASH | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 152.00 | 351.54 | 351.54 | 0.00 | 0.00 |
| NORTHWAY FINANCIAL | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL II LLC | Unsecured | 390.00 | 425.58 | 425.58 | 0.00 | 0.00 |
| OAK HARBOR CAPITAL II LLC | Unsecured | 432.00 | 479.02 | 479.02 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 606.00 | 654.68 | 654.68 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,730.00 | 2,730.70 | 2,730.70 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 6,761.00 | 6,761.06 | 6,761.06 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 729.00 | 729.54 | 729.54 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 344.00 | 344.98 | 344.98 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| REDSTONE FINANCIAL | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 1,147.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | NA | 2,604.99 | 2,604.99 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | NA | 2,878.35 | 2,878.35 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 13,500.00 | 13,500.00 | 13,500.00 | 5,891.39 | 632.16 |
| SANTANDER CONSUMER USA | Secured | 18,205.00 | 18,205.00 | 18,205.00 | 7,944.58 | 852.49 |
| SOLOMON FINANCE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| STATE OF ILLINOIS DEPT OF EMPL | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VANTIUM CAPITAL INC | Unsecured | 10,999.00 | 10,722.86 | 10,722.86 | 0.00 | 0.00 |
| VCA AURORA HOSPITAL | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN HEALTH CARE | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN HEALTH CARE | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN MEDICAL CTR | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $4,804.06 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $31,705.00 | $13,835.97 | $1,484.65 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$36,509.06** | **$13,835.97** | **$1,484.65** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$43,664.71** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,212.53 |
| Disbursements to Creditors | $15,320.62 |
| | |
| **TOTAL DISBURSEMENTS** : | **$18,533.15** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/20/2012                    By: /s/ Glenn Stearns
                                         Trustee

STATEMENT:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**